UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE DOW CHEMICAL COMPANY,<br><br>                                   Petitioner,<br><br>v.<br><br>OLIN CORPORATION and<br><br>BLUE CUBE OPERATIONS LLC,<br><br>                                   Respondents. | 20-Cv-06608 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    Petitioner The Dow Chemical Company requests entry and confirmation of a final arbitration award pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9. Respondents Olin Corporation and Blue Cube Operations LLC do not object to the confirmation of the final award. (*See* Agreed Pet., ECF No. 1, at 6.) This Court having reviewed the petition and accompanying documents, IT IS HEREBY ORDERED that the petition to confirm the arbitration award dated March 11, 2020 is GRANTED.

Dated:  New York, New York
         August 28, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.