# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE DOW CHEMICAL COMPANY,

                      Petitioner,                20 **CIVIL** 6608 (SHS)

      -against-                        **JUDGMENT**

OLIN CORPORATION and
BLUE CUBE OPERATIONS LLC,

                      Respondents.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2020, that the petition to confirm the arbitration award dated March 11, 2020 is granted**.**

**Dated**: New York, New York
         August 28, 2020

                                                    RUBY J. KRAJICK

                                              _____
                                                  Clerk of Court
BY: _____
                                                  Deputy Clerk